FILED

JUL 5 - 2007

U.S. DISTRICT COURT
CLARKSBURG, WV 26301

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF WEST VIRGINIA

RUBEN GIL, as Personal Representative of the
Estates of GABRIEL ULYSSES GIL, and ISABEL
MARIE GIL, Deceased,

    CIVIL ACTION NO. 1:06-CV-122

    Plaintiff,

    JUDGE KEELEY

and

ELMER U. CURRENCE, as Personal
Representative of the Estate of KIMBERLY
DAWN GIL, Deceased,

    Plaintiff-Intervenor,

v.

FORD MOTOR COMPANY, and TRW VEHICLE
SAFETY SYSTEMS INC.,

    Defendants.

## ORDER

Upon consideration of the foregoing Application for Admission *Pro Hac Vice* of Aaron T. Brogdon, it is **ORDERED** that the Application for Admission *Pro Hac Vice* be, and the same is hereby, **APPROVED** and that the applicant may appear *pro hac vice* in this matter on behalf of the represented party.

ENTER: July 5, 2007

              /s/ Irene M. Keeley
              United States District Judge