```
         IN THE UNITED STATES DISTRICT COURT
       FOR THE NORTHERN DISTRICT OF WEST VIRGINIA
```

**RUBEN GIL, as Personal Representative
of the Estates of
GABRIEL ULYSSES GIL, and
ISABEL MARIE GIL, DECEASED,**

    **Plaintiffs,**

**v.**  //  **CIVIL ACTION NO. 1:06CV122**
                                **(Judge Keeley)**

**FORD MOTOR COMPANY;
TRW VEHICLE SAFETY
SYSTEMS, INC.; and
JOHN DOE COMPONENT PART
MANUFACTURERS 1-5;**

    **Defendants.**

**and,**

**ELMER U. CURRENCE
Personal Representative of
the Estate of, KIMBERLY DAWN GIL,
DECEASED,**

    **Plaintiff-Intervenor,**

**v.**

**FORD MOTOR COMPANY;
TRW VEHICLE SAFETY
SYSTEMS, INC.; and
JOHN DOE COMPONENT PART
MANUFACTURERS 1-5;**

    **Defendants.**

### ORDER SETTING DEADLINE FOR PROPOSED JUROR QUESTIONNAIRES

For reasons appearing to the Court, the Court **ORDERS** that the parties submit proposed juror questionnaires on or before **June 16, 2008.**

GIL v. FORD MOTOR COMPANY                                     1:06CV122

**ORDER SETTING DEADLINE FOR PROPOSED JUROR QUESTIONNAIRES**

    The Clerk of the Court is directed to transmit copies of this Order to counsel of record for the parties.

DATED: September 27, 2007.

                                    /s/ Irene M. Keeley
                                    IRENE M. KEELEY
                                    UNITED STATES DISTRICT JUDGE