IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF WEST VIRGINIA

RUBEN GIL, as Personal Representative
of the Estate of
GABRIEL ULYSSES GIL and
ISABEL MARIE GIL, deceased,

        Plaintiffs,

*And*

ELMER U. CURRENCE,
as Personal Representative of the Estate of
KIMBERLY DAWN GIL, deceased,

        Plaintiff Intervenor,

*vs.*                                   Civil Action Number 1:06CV122

FORD MOTOR COMPANY;
ELKINS FORDLAND, INC.;
TRW VEHICLE SAFETY SYSTEMS, INC.; and
JOHN DOE COMPONENT PART
MANUFACTURERS 1-5,

        Defendants.

**ORDER RESCHEDULING TELEPHONIC HEARING**

By Order dated October 2, 2007 [Docket Entry 199], this Court scheduled a telephonic hearing on Defendant Ford's Motion for Inspection and Disassembly of Certain Components of Subject Vehicle [Docket Entry 177] and a Rule 16 status hearing on Ford Motor Company's Motion to Strike Discovery Response and to Compel [Docket Entry 111] and Ford Motor Company's Motion to Strike Discovery Objections and to Compel Ford Documents Identified in Plaintiff Intervenor's Initial Disclosures [Docket Entry 114] for Wednesday, October 10, 2007, at 9:00 a.m.

For reasons apparent to the Court, the October 10, 2007, telephonic hearing on Defendant Ford's Motion for Inspection and Disassembly of Certain Components of Subject Vehicle [Docket

Entry 177] and Rule 16 status conference on Ford Motor Company's Motion to Strike Discovery Response and to Compel [Docket Entry 111] and Ford Motor Company's Motion to Strike Discovery Objections and to Compel Ford Documents Identified in Plaintiff Intervenor's Initial Disclosures [Docket Entry 114] is **canceled** and **rescheduled** for **Wednesday, October 17, 2007, at 9:00 a.m.**

The movant, Ford Motor Company, shall initiate the conference call. Counsel of record shall contact Ford's counsel by **3:00 p.m., Tuesday, October 16, 2007**, and inform Ford's counsel of the telephone number at which each can be reached. Ford Motor Company is responsible for connecting all involved counsel of record and this Court (304-622-1516) to the October 17 conference call.

It is so **ORDERED**.

The United States Court Clerk for the Northern District of West Virginia shall provide a copy of this Order to counsel of record.

DATED: October 9, 2007

JOHN S. KAULL
U. S. MAGISTRATE JUDGE