```
                IN THE UNITED STATES DISTRICT COURT
              FOR THE NORTHERN DISTRICT OF WEST VIRGINIA
```

**RUBEN GIL, as Personal Representative**
**of the Estates of**
**GABRIEL ULYSSES GIL, and**
**ISABEL MARIE GIL, DECEASED,**

       **Plaintiffs,**

**v.**                              //    **CIVIL ACTION NO. 1:06CV122**
                                               (Judge Keeley)

**FORD MOTOR COMPANY;**
**TRW VEHICLE SAFETY**
**SYSTEMS, INC.; and**
**JOHN DOE COMPONENT PART**
**MANUFACTURERS 1-5;**

       **Defendants.**

**and,**

**ELMER U. CURRENCE**
**Personal Representative of**
**the Estate of, KIMBERLY DAWN GIL,**
**DECEASED,**

       **Plaintiff-Intervenor,**

**v.**

**FORD MOTOR COMPANY;**
**TRW VEHICLE SAFETY**
**SYSTEMS, INC.; and**
**JOHN DOE COMPONENT PART**
**MANUFACTURERS 1-5;**

       **Defendants.**

      **ORDER GRANTING JOINT MOTION TO EXTEND DAUBERT DEADLINES**

     On December 14, 2007, the parties jointly filed a motion to extend the deadlines for the Daubert challenges and the Daubert hearing. The scheduling order currently requires the parties to

**GIL V. FORD MOTOR CO., et al.** 1:06CV122

**ORDER GRANTING JOINT MOTION TO EXTEND DAUBERT DEADLINES**

file all Daubert challenges before February 1, 2008 and a Daubert hearing is scheduled for April 10-11, 2008.

In support of this motion, the parties state that they have engaged in active discovery since the experts were disclosed. In addition, the parties have scheduled mediation for February 20, 2008. The parties have been unable, as of this point, to schedule depositions for fifteen (15) experts, and, in the interest of avoiding unnecessary costs, would like to schedule the depositions after the February 20, 2008 mediation.

For good cause shown, the Court **GRANTS** the parties' motion for an extension (dkt. no. 235). The parties must now file their Daubert challenges on or before **May 1, 2008.** The Court will conduct a Daubert hearing on **Monday, June 16, 2008 at 10:00 a.m.**, and continuing, if necessary, on **Tuesday, June 17, 2008 at 9:30 a.m.,** at the **Clarksburg, West Virginia** point of holding court.

It is so **ORDERED.**

The Clerk is directed to mail copies of this Order to counsel of record.

DATED: December 19, 2007.

/s/ Irene M. Keeley
IRENE M. KEELEY
UNITED STATES DISTRICT JUDGE